No. 97–1512. BANKHEAD v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–1513. FOX v. BANDAG, INC. C. A. 3d Cir. Certiorari denied.

No. 97–1521. RAZ v. BROWN. Ct. App. Wis. Certiorari denied.

No. 97–1524. FOROOHAR v. SUPREME COURT OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1525. MITCHELL v. MULLIGAN, CHIEF JUSTICE, SUPERIOR COURT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 97–1527. RUCK v. UNITED TRANSPORTATION UNION, EXECUTIVE BOARD, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1529. CAMPBELL v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–1531. SHETTY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1538. ALMANZAR DURAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1542. O'KEEFE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1552. STOUGHTON TRAILERS, INC. v. PACE DESIGN & FAB, INC. C. A. 9th Cir. Certiorari denied.

No. 97–1559. DOE, INDIVIDUALLY AND IN HER CAPACITY AS ONE OF THE WRONGFUL DEATH BENEFICIARIES OF DOE, DECEASED v. MISSISSIPPI BLOOD SERVICES, INC. Sup. Ct. Miss. Certiorari denied.

No. 97–1583. REA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1584. SCHMITZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.